IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                                PLAINTIFF

v.                          No. 4:22-cv-193-DPM

ALIBABA GROUP; JACK MA;
JP MORGAN CHASE BANK;
AMAZON; BLACKROCK (Investors);
CASEY ZHAO (Alibaba);
ERICA WANG; SWEETY YIN;
DRUG ENFORCEMENT AGENCY;
DOES, "1-2" "All Alibaba Investors
(10% holder)"; JOSEPH C. TSAI, Co-Founder,
Alibaba Group Holding Limited;
JONATHAN ZHAOXI LU, CEO and
Director, Alibaba Group Holding Limited;
MAGGIE WEIWU, CFO, Alibaba Group
Holding Limited; DAVID ZANG, CEO,
Alibaba Group Holding Limited; XICHANG
NEW MATERIALS LTD.; TIMOTHY J. SHEA,
Director, Drug Enforcement Agency                                  DEFENDANTS

ORDER

Burchfield submitted this 42 U.S.C. § 1983 case for filing in this judicial district. From the facts alleged and the Defendants named, however, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b)(2). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States

District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982). The Court also directs the Clerk to update Burchfield's address to 109 Goodgame Street, Camden, Arkansas 71701 and to send a copy of this Order to that address.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2022