IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRADLEY BURCHFIELD                                                                                       PLAINTIFF

v.                                                     Civil No. 1:22-cv-1023

ALIBABA GROUP HOLDING LTD., *et al*                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 17, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 39. Judge Bryant recommends that Plaintiff's federal claims be dismissed. He further recommends that the Court decline to exercise jurisdiction over the state law claims.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 39) *in toto*. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's federal claims are **DISMISSED** for failure to state a claim upon which relief may be granted. Because the Court is dismissing the federal claims, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(3). Accordingly, this case is **DISMISSED**. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED**, this 9th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge